SANDY VAN, ESQ.
Nevada Bar No. 10785
**VAN LAW FIRM**
4170 S. Decatur Blvd.
Suite B-6
Las Vegas, Nevada 89103
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com Email
*Attorney for Plaintiff Angelina Carson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA CARSON, individually,<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION, a foreign Corporation, d/b/a TARGET and DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00669-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**FIRST REQUEST** |

Plaintiff ANGELINA CARSON (hereinafter "Plaintiff" or "CARSON"), by and through her attorney of record, SANDY VAN, ESQ. of VAN LAW FIRM and Defendant, TARGET CORPORTION dba TARGET, by and through its attorney of record DOUGLAS M. ROWAN, ESQ. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate as follows:

(1) The due date for Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motion to Remand (ECF 6) was April 26, 2017.

(2) The parties agree that the due date for the Reply to Opposition should be extended 4 hours and 47 minutes to 4:47 a.m. on April 27, 2017.

(3) Counsel for Plaintiff had intermittent computer problems while getting the document filed via ECF that caused the inability of Plaintiff's Counsel to file the Reply to Defendant's

Opposition to Plaintiff's Motion to Remand until 4:47 a.m. on April 27, 2017, which was 4 hours and 47 minutes late.

    (4)    Counsel for Defendant, has no objection to the filling being 4 hours and 47 minutes late.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 28th day of April, 2017. | Dated this 28th day of April, 2017. |
| VAN LAW FIRM | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| /s/ *Sandy Van* <br> SANDY VAN, ESQ. <br> Nevada Bar No. 10785 <br> 4170 S. Decatur Blvd., Suite B6 <br> Las Vegas, NV 89103 <br> (702) 529-1011 Telephone <br> (702) 800-4662 Facsimile <br> sandy@vanlawfirm.com Email <br> *Attorney for Plaintiff Angelina Carson* | /s/ *Douglas M. Rowan* <br> DOUGLAS M. ROWAN, ESQ. <br> Nevada Bar No. 4736 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, NV 89101 <br> (702) 727-1253 Telephone <br> (702) 727-1401 Facsimile <br> douglas.rowan@wilsonelser.com Email <br> *Attorney for Defendant Target Corporation* |

## **ORDER**

Pursuant to the terms of the attached stipulation, the Court orders as follows:

1. Good cause exists for the retroactive extension of the due date for Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motion to Remand (ECF 6).

2. The due date for the Reply is retroactively extended to 4:47 A.M. on April 27, 2017.

IT IS SO ORDERED.

                                                UNITED STATES DISTRICT JUDGE

                                                DATED: May 1, 2017