Kym Samuel Cushing
Nevada Bar No. 4242
Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant* Target Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA CARSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign Corporation, d/b/a TARGET and DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00669-JCM-VCF<br><br>STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447 |

IT IS HEREBY STIPULATED by and between Sandy Van, Esq., of Van Law Firm, attorneys for Plaintiff, Angelina Carson (hereinafter "Plaintiff"), and Kym Samuel Cushing, Esq. and Douglas M. Rowan, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant Target Corporation (hereinafter "Defendant"), that as the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this court, this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

IT IS FURTHER STIPULATED between the parties that the total amount of damages which Plaintiff seeks to recover in this action will not exceed SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

IT IS FURTHER STIPULATED that Plaintiff WAIVES any right to collectively recover any monies above and beyond SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in this action against Defendant, resulting from the incident that occurred on November 27, 2015.

| | |
|---|---|
| DATED this 6 day of June, 2017. | DATED this 13 day of June, 2017. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | VAN LAW FIRM |
| BY: /s/ Kym Samuel Cushing<br>Kym Samuel Cushing<br>Nevada Bar No. 004242<br>Douglas M. Rowan<br>Nevada Bar No. 004736<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* Target Corporation | BY: /s/ Sandy Van<br>Sandy Van, Esq.<br>Nevada Bar No. 010785<br>4170 South Decatur Blvd., Suite B-6<br>Las Vegas, NV 89103<br>*Attorney for Plaintiff*<br>Angelina Carson |

## ORDER

IT IS HEREBY ORDERED that pursuant to the agreement of the parties, as the value of this case does not exceed the jurisdictional limits of this Court, this case is REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all future proceedings, pursuant to the terms stipulated by the parties set forth herein.

IT IS FURTHER HEREBY ORDERED that pursuant to the agreement of the parties, the maximum amount of damages which Plaintiff may recover in this matter is limited to SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00).

DATED June 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Respectfully Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP

BY: /s/ Kym Samuel Cushing
Kym Samuel Cushing
Nevada Bar No. 004242
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant* Target Corporation